UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**TYRONE REID a/k/a
Luqman Abdurrahman,**

 **Petitioner,**

         CASE NO. 15-MC-51190
         (Related Case No. 82-71077)
**v.**         HONORABLE DENISE PAGE HOOD

**WASHTENAW COUNTY CIRCUIT
COURT and FRANK KELLEY,**

 **Respondents.**
_____/

## ORDER DENYING ANY REQUEST AND DISMISSING CASE, DENYING ANY REQUEST TO APPEAL IN FORMA PAUPERIS AND DENYING ANY REQUEST FOR CERTIFICATE OF APPEALABILITY

 This matter is before the Court on Petitioner's submission entitled, "Evidence to Prove Luqman Abdurrahman Confronting the Above Court to Report the Wrong Doing of the Concealment of the Fraud of Patricia J. Boyle."  On May 13, 1982, United States District Judge Patricia Boyle summarily dismissed Petitioner's Petition for a Writ of Habeas Corpus in Case No. 82-71077.  Petitioner filed a Notice of Appeal on May 18, 2006.  On August 2, 2006, the Sixth Circuit Court of Appeals dismissed Petitioner's appeal as untimely.  *See Reid v. Washtenaw County*, No. 06-1877 (6th Cir. Aug. 2, 2006).  (Doc. No. 6, Case No. 82-71077).

Since the Sixth Circuit's ruling, Petitioner has filed various motions, letters, exhibits and documents before this Court and the Sixth Circuit. The ongoing claims in Petitioner's submissions are essentially that the Clerk of the Court has committed fraud regarding the docketing of his case and that Judge Boyle engaged in fraudulent conduct. The Court has since denied Petitioner's various motions and submissions. *See Case No. 82-71077, Doc. Nos. 7, 9, 17, 21, 31, 40, 44, 47, 57, 64, and 70.* As this Court and the Sixth Circuit Court of Appeals have held, Petitioner has not established any fraudulent conduct on the part of either Judge Boyle or the Clerk of the Court. This Court and the Sixth Circuit Court of Appeals have found that Petitioner's post-judgment motions, submissions or any appeal, are untimely and Petitioner is not entitled to relief from judgment pursuant to Rule 60(b). The latest order issued by the Sixth Circuit Court of Appeals was a January 21, 2015 Order denying Petitioner's application for a certificate of appealability, finding his underlying request as untimely and his conclusory allegations of fraud unsubstantiated and meritless. (Doc. No. 68)

Petitioner's latest submissions in Case No. 15-mc-51190 again refer to his allegations of fraud as to Judge Boyle. For the same reasons previously set forth by this Court and the Sixth Circuit Court of Appeals, Petitioner's allegations of fraud are without merit. The Court again denies any request for relief by Petitioner and dismisses this action with prejudice.

Accordingly,

IT IS ORDERED that any relief requested is DENIED and Case No. 15-mc-51190 is DISMISSED.

IT IS FURTHER ORDERED that any appeal from this Court's Order is frivolous and not taken in good faith. 28 U.S.C. § 1915(a)(3); *Coppedge v. United States*, 369 U.S. 438, 445 (1962), *Neitzke v. Williams,* 490 U.S. 319, 325 (1989). Any request to appeal without prepayment of fees or to proceed *in forma pauperis* on appeal is DENIED.

IT IS ORDERED that a certificate of appealability *not* issue in this case. The Court denies any request to issue a certificate of appealability.

                    s/Denise Page Hood
                    Denise Page Hood
                    United States District Judge

Dated: October 27, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 27, 2015, by electronic and/or ordinary mail.

                    s/LaShawn R. Saulsberry
                    Case Manager